UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 3:20-cr-20-J-20JBT

YAMAIRA GUTIERREZ-ORTIZ

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF FINAL REVOCATION

This matter is before the Court on a Report and Recommendation Concerning Plea of Guilty by United States Magistrate Joel B. Toomey (Doc. No. 41), filed December 3, 2020.

This Court adopts the Report and Recommendation Concerning Plea of Guilty (Doc. 41) and accepts Defendant's plea of guilty to Count(s) One, Three, Five, and Seven of the Superseding Petition, and Defendant is adjudged guilty of such offenses. United States' motion to dismiss allegations Two, Four, Six, and Eight is **GRANTED**.

**FINAL REVOCATION** is hereby scheduled for **December 16, 2020, at 12:00 p.m.**, before the Honorable Harvey E. Schlesinger, United States District Judge, in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of December, 2020.

HARVEY E. SCHLESINGER
United States District Judge

Copy to:    Frank Merrill Talbot, II, Esq.
            Susan Good Yazgi, Esq.
            U.S. Marshal
            U.S. Probation
            U.S. Pretrial